IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

FREDERICK C. JACKSON, #203978	)
	)
	Plaintiff,	)
	)
vs.	)	CIVIL NO. 10-cv-716-JPG
	)
MASSAC COUNTY ILLINOIS,	)
	)
	Defendant.	)

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This action came before the Court on the screening of Plaintiff's complaint (Doc. 1). On February 16, 2011, the Court ordered Plaintiff to amend his complaint within 30 days, and that failure to do so would result in dismissal of the action as frivolous (Doc. 8). Following Plaintiff's failure to comply with that order in the time allotted,

**IT IS HEREBY ORDERED AND ADJUDGED** this action is **DISMISSED without prejudice** for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). This dismissal counts as a strike for purposes of 28 U.S.C. § 1915(g). The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

IT IS SO ORDERED.

DATED: March 23, 2011

                                                               *s/J. Phil Gilbert*
                                                        **United States District Judge**